# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2326
LT Case Nos. 2011-033680-CFAES
2023-30183-CICI

_____

MARCUS WHITE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Marcus White, Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

October 17, 2023

PER CURIAM.

   AFFIRMED.

JAY, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____